**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 20-CV-80148-SINGHAL

MEASURED WEALTH PRIVATE
CLIENT GROUP, LLC,

        Plaintiff,

vs.

LEE ANNE FOSTER, *et al.*,

        Defendants.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants LEE ANNE FOSTER, RICHARD KESNER, and STOEVER, GLASS & CO., INC. move for an extension of time to move against or otherwise respond to Plaintiff's complaint (D.E. 1) and, in support, states:

1. On January 31, 2020, Plaintiffs filed their complaint in this matter.

2. According to Plaintiff, Defendant Stoever Glass was served with the complaint on or around February 6, 2020, Defendant Richard Kesner was served on February 7, 2020, and Defendant Lee Ann Foster was served with the complaint on or around February 19, 2020.

3. Due to confusion regarding service of process and transmission by Stoever Glass's registered agent and delays in the formal engagement of counsel,[1] Defendants only recently retained undersigned counsel.

4. Having been only recently retained, undersigned counsel needs some additional time to review this matter and prepare a motion to dismiss or responsive pleading, as appropriate.

---

[1] These circumstances will be more fully discussed in Defendants' motion to set aside the clerk's default.

5. The undersigned conferred with Plaintiff's counsel by phone on March 5, 2020, and Plaintiff's counsel indicated that he had **no opposition** to all three Defendants having an extension of time through March 26, 2020, to file their response. Plaintiff's counsel documented this understanding by email, a copy of which is attached as Exhibit A.

6. However, Plaintiff's counsel later reneged and sought a default against Defendants Stoever Glass and Kesner.[2]

WHEREFORE, Defendants respectfully request that this Court enter an order granting them an extension of time through March 26, 2020 (the date previously agreed to by Plaintiff's counsel) to move against or otherwise respond to Plaintiff's complaint. A proposed order is attached as Exhibit B.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned certifies that he conferred on March 5, 2020 with Plaintiff's counsel regarding the relief sought in this motion and that Plaintiff's counsel initially did not oppose it, but later moved for a default, ostensibly reneging on his prior commitment.

Respectfully submitted,

**BARITZ & COLMAN LLP**
1075 Broken Sound Parkway NW, Suite 102
Boca Raton, Florida 33487
Telephone: (561) 864-5100
Facsimile: (561) 864-5101

*/s/ Andrew Thomson*
Neil S. Baritz
Florida Bar No. 003468
nbaritz@baritzcolman.com
Andrew Thomson
Florida Bar No. 057672
Primary: athomson@baritzcolman.com

---

[2] Defendants will be filing a motion to set aside that default shortly.

## **CERTIFICATE OF SERVICE**

I CERTIFY that, on March 12, 2020, I served the foregoing through CM/ECF on:

**Peter T. Mavrick, Esq.**
Mavrick Law Firm
1620 West Oakland Park Boulevard, Suite 300
Fort Lauderdale, Florida 33311
peter@mavricklaw.com

*/s/ Andrew Thomson*
Andrew Thomson
