UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Measured Wealth Private Client
Group, LLC,

       Plaintiff(s),

                                                                 CASE NO: 20-CV-80148

vs.

Lee Ann Foster, et al.,

       Defendant(s),

_____/

### SUPPLEMENTAL REPORT OF MEDIATOR

       The undersigned, John W. Salmon, Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 11/12/2021.  The results of the Mediation Conference are as follows:

☒    All required parties were present *or*.

☐    The following required parties were not present: _____

☐    An agreement was reached.

☐    A **confidential** settlement agreement was reached.

☐    No agreement was reached.

☐    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐    The parties have agreed to continue negotiating with the assistance of the mediator.

☐    If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☒    Other: The parties have reached a settlement. The attorneys will file appropriate closing documents on or before December 10, 2021. The Court is requested to not close the file until receipt of those documents.  Accordingly, the parties respectfully request that the Court suspend any pending deadlines requiring them to make any filings on or before December 10, 2021, including the submission of a Pretrial Stipulation which is currently due December 10, 2021.

                          Respectfully Submitted:

                          **s:/John W. Salmon, Esq.**
                          Bar No.: 271756
                          John W. Salmon, Esq.
                          Florida Bar Number: 271756
                          John@sd-adr.com, Martha@sd-adr.com
                          1395 Brickell Avenue, Suite 800, Miami, Florida 33131